GEORGE W. CLARK, respondent,

*v.*

MAGGIE A. CLARK et al., appellants.

[Submitted December 5th, 1910.    Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell.

*Messrs. Reed & Coddington,* for the respondent.

*Mr. George W. V. Moy,* for the appellants.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON, SULLIVAN—14.

*For reversal*—None.